# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135319

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ELVA JOHNSON,
   Plaintiff-Appellant,

v

             SC: 135319
             COA: 277685
             WCAC: 06-000062

GENERAL MOTORS CORPORATION,
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the October 15, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008              _____
                         Clerk

0211